IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE GAVURNIK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOME PROPERTIES, L.P., et al., | : | No. 16-633 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **3rd** day of **January**, **2017**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Response thereto, Defendant's Reply thereon, and for the reasons set forth in this Court's Memorandum dated January 3, 2017, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED**.

2. The Clerk of Court is directed to close this case.


BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**